

FILED

JUL 29 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION A. CARR,<br>    Plaintiff,<br>v.<br><br>R. J. RACKLEY, et al.,<br>    Defendants. | Case No. 16-02036 EJD (PR)<br><br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner at Folsom State Prison in Folsom, has filed a pro se complaint pursuant to 42 U.S.C. § 1983, against state officials whose offices are located in Folsom. Because defendants reside in and the acts complained of occurred in Sacramento County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 7/29/16

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.16\02036Carr_transfer (ED)